## WM. TAYLOR SONS & CO. v. BURNHAM BROS., Inc.

No. 5931.

Circuit Court of Appeals, Sixth Circuit.

Oct. 6, 1931.

Niman & Buss, of Cleveland, Ohio, for appellant.

McKeehan, Merrick, Arter & Stewart, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

## M. H. WINN, Appellant, v. BLACKWELL OIL & GAS CO.

No. 9433.

Circuit Court of Appeals, Eighth Circuit.

May 17, 1932.

Linus A. Williams and James H. Brock, both of Clarksville, Ark., for appellant.

Jesse Reynolds, of Clarksville, Ark., for appellee.

PER CURIAM.

Appeal dismissed, with costs, on motion of appellee, under Rule 23.

## W. S. GODWIN CO., Inc., v. INTERNATIONAL STEEL TIE CO.

No. 5798.

Circuit Court of Appeals, Sixth Circuit.

Dec. 10, 1931.

Bulkley, Hauxhurst, Jamison & Sharp, of Cleveland, Ohio, for appellant.

Jos. B. Keenan, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

## S. O. WYNNE, Supervisor of Permits, et al., Appellants, v. BURLINGTON INDUSTRIAL ALCOHOL CO., Appellee.

No. 4850.

Circuit Court of Appeals, Third Circuit.

June 27, 1932.

Edward W. Wells, U. S. Atty., Richard H. Woolsey, and Edward C. Dougherty, all of Philadelphia, Pa., for appellants.

Michael Serody, of Philadelphia, Pa., for appellee.

Before WOOLLEY and DAVIS, Circuit Judges, and JOHNSON, District Judge.

PER CURIAM.

Affirmed.

## Fay Belle YOUNGBERG, Adm'x, v. ARONBERG–FRIED CO., Inc.

No. 5882.

Circuit Court of Appeals, Sixth Circuit.

Feb. 2, 1932.

John H. McNeal and Sacharow, Sacharow & Sacharow, all of Cleveland, Ohio, for appellant.

Dustin, McKeehan, Merrick, Arter & Stewart, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.